■ In the Matter of RALPH WALKER v. AMERICAN INSTITUTE OF ARCHITECTS.— Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of the Arbitration between PETROLEUM CARGO CARRIERS, LTD., and UNITAS, INC.— Motion for reargunment denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ RENEE R. RUSSO v. THOMAS RUSSO.— Application granted. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ MYRON C. GELROD v. AMERICAN CASUALTY COMPANY OF READING, Pennsylvania.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of HERMAN BADILLO, v. ALFRED E. SANTANGELO et al.— Motion for reargument denied, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.

■ (A) LAURA A. HOCK v. FRANKLIN H. HOCK. (B) ARON BOS, v. ROCKEFELLER CENTER, INC. (C) KAPP RECORDS, INC., v. JOHN HYLAND.— [In each action] Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ ALEX RECK v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION.— Motion to dismiss appeal granted on consent, without costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ HYMAN MARCUS et al. v. AUSTIN ASSOCIATES, INC., et al.— Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal of the exhibits, on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of SEYMOUR GRATZ, v. EDWARD F. CAVANAGH, JR., as Fire Commissioner of the City of New York.— Motion for leave to appeal as a poor person denied with leave to renew upon proper papers. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ ALLAN SILVERSTEIN et al. v. UNITED CEREBRAL PALSY ASSOCIATION OF WESTCHESTER COUNTY, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of JEAN RUCK v. REUBEN RUCK.— The branch of the motion seeking leave to dispense with printing of exhibits is granted on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. That branch of the motion for a stay is granted on condition that appellant files an undertaking pursuant to sections 299 and 301 of the Surrogate's Court Act in the sum of $50,000 within 10 days from the date of the order to be entered herein and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 1, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. In the event that the appeal is not perfected for the June Term, the amount of the bond shall be increased to $100,000. Settle order on notice. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.